PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ali Amran Iseed                                Cr.: 07-00712-002
                                                                 PACTS Number: 12010

Name of Sentencing Judicial Officer: The Honorable Peter G. Sheridan

Date of Original Sentence: 03/28/08

Original Offense: Conspiracy to Steal Goods

Original Sentence: 46 months custody; three years supervised release; $633,017.35 restitution; $100 Special Assessment

Type of Supervision: Supervised Release                          Date Supervision Commenced: 07/08/10

## PETITIONING THE COURT

[ ]  To extend the term of supervision for        Years, for a total term of        Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

OTHER CONDITION

The defendant shall pay a total of $633,017 in restitution. The restitution shall be paid at a minimum rate of $50 per month.

## CAUSE

The offender is unable to pay the restitution as directed. After careful review of the offender's current monthly cash flow, the offender displays an ability to make payments of $50 monthly towards the restitution obligation.

Respectfully submitted,

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 12/06/10

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

12/14/10
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

OTHER CONDITION

The defendant shall pay a total of $633,017 in restitution. The restitution shall be paid at a minimum rate of $50 per month.

Witness: _____   Signed: _____
U.S. Probation Officer                              Probationer or Supervised Releasee
Gisella M. Bassolino                                Ali Amran Iseed

12/8/10
DATE